ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ANTONIO DE SANTIAGO | Case No. 04-56001 CN |
| VANESSA DE SANTIAGO | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473089 for an unclaimed dividend in the amount of $5.43.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 23        PINNACLE URGENT CARE
                      P O BOX 2407
                      HOLLISTER, CA  95024

Dated: August 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE